FILED

SEP 1 6 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:26-cr-111 |
| v. | INDICTMENT |
| NICHOLAS PAUL BROWN, | T. 18 U.S.C. § 2251(a)<br>T. 18 U.S.C. § 2251(e)<br>T. 18 U.S.C. § 2252A(a)(2)<br>T. 18 U.S.C. § 2252A(a)(5)(B)<br>T. 18 U.S.C. § 2252A(b)(1)<br>T. 18 U.S.C. § 2252A(b)(2)<br>T. 18 U.S.C. § 2253 |
| Defendant. | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Attempted Sexual Exploitation of a Child)**

From on or about April 18, 2026, and continuing through on or about June 18, 2026, in the Southern District of Iowa, the defendant, NICHOLAS PAUL BROWN, attempted to employ and use a minor, Minor Victim #1, a person that defendant believed to be a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction would be produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Sexual Exploitation of a Child)**

On a date unknown, but between approximately 2019 and 2021, in the Southern District of Iowa, the defendant, NICHOLAS PAUL BROWN, did employ and use a minor, Minor Victim #1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically a video with file name "Silent_18-47-52.flv", and such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Sexual Exploitation of a Child)**

On a date unknown, but between approximately 2019 and 2021, in the Southern District of Iowa, the defendant, NICHOLAS PAUL BROWN, did employ and use a minor, Minor Victim #2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically a video with file name "StandandJam.flv", and such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 4**
**(Sexual Exploitation of a Child)**

On a date unknown, but between approximately 2019 and 2021, in the Southern District of Iowa, the defendant, NICHOLAS PAUL BROWN, did employ and use a minor, Minor Victim #2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically a video with file name "BugInsert.flv", and such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 5**
**(Attempted Sexual Exploitation of a Child)**

In approximately 2008, in the Southern District of Iowa, the defendant, NICHOLAS PAUL BROWN, attempted to employ and use a minor, Minor Victim #3, a person that defendant believed to be a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction would be produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 6**
**(Attempted Sexual Exploitation of a Child)**

In approximately 2008, in the Southern District of Iowa, the defendant, NICHOLAS PAUL BROWN, attempted to employ and use a minor, Minor Victim #4, a person that defendant believed to be a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction would be produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 7**
**(Transportation of Child Pornography)**

On or about November 7, 2025, in the Southern District of Iowa, the defendant, NICHOLAS PAUL BROWN, knowingly transported child pornography, as defined in Title 18, United States Code, Section 2256(8)—namely: digital files uploaded to Google Drive—using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(1) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 8**
**(Possession of Child Pornography)**

On or about June 18, 2026, in the Southern District of Iowa, the defendant, NICHOLAS PAUL BROWN, knowingly possessed the following devices:

(1) Motorola Moto G Power 2025 cell phone (IMEI: 356859370996430);

(2) Dell Latitude E6530 laptop containing a LiteOn IT 256GB hard drive (S/N: TW-0DFVVG-55085);

(3) Seagate 3.0TB SATA hard drive (S/N: Z1F27J0R);

(4) Western Digital 1.0TB SATA hard drive (S/N: WCAU47452166);

(5) Samsung 2.0TB SATA hard drive (S/N: S2H7JD2B509252);

(6) Western Digital 1.0TB SATA hard drive (S/N: WX91EC1ATZH2);

(7) Antec desktop computer (with no identifiable serial number) containing five hard drives; and

(8) Memorex 32GB USB flash drive (S/N: 070003C73B235D30)

that contained images of child pornography as defined in Title 18, United States Code, Section 2256(8), such images having been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and such images having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

**THE GRAND JURY FINDS:**

**NOTICE OF FORFEITURE**

Upon conviction for the offenses alleged in Counts 1-8 of this Indictment, the defendant, NICHOLAS PAUL BROWN, shall forfeit to the United States the defendant's interest in the following property:

a. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

b. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to:

(1) Motorola Moto G Power 2025 cell phone (IMEI: 356859370996430);

(2) Dell Latitude E6530 laptop containing a LiteOn IT 256GB hard drive (S/N: TW-0DFVVG-55085);

(3) Seagate 3.0TB SATA hard drive (S/N: Z1F27J0R);

(4) Samsung 2.0TB SATA hard drive (S/N: S2H7JD2B509252);

(5) Western Digital 1.0TB SATA hard drive (S/N: WCAU47452166);

(6) Western Digital 1.0TB SATA hard drive (S/N: WX91EC1ATZH2);

(7) Antec desktop computer (with no identifiable serial number) containing five hard drives;

(8) Memorex 32GB USB flash drive (S/N: 070003C73B235D30);

(9) Silverstone Fatality desktop computer (S/N: BQ18310151).

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

FOREPERSON

David C. Waterman
United States Attorney

By: ______________________________
Thomas N. Tolbert
Assistant United States Attorney